**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **LYNN DICKSON**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**MEDIANEWS GROUP, INC.** dba **DIGITAL FIRST MEDIA,** a Delaware corporation; **THE DENVER POST CORPORATION**, a Delaware corporation; and **SULLIVAN PROMOTIONS INC.**, a Colorado corporation,<br><br>*Defendants*. | Case No. 1:18-cv-00211-WJM |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Plaintiff Lynn Dickson ("Plaintiff" or "Dickson") dismisses this lawsuit against MediaNews Group, Inc. d/b/a Digital First Media ("MediaNews Group"), The Denver Post Corporation ("Denver Post"), and Sullivan Promotions Inc. ("Sullivan Promotions") without prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

**(1) By the Plaintiff.**

(A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

In this case, Defendants have neither answered Plaintiff's Complaint nor served a motion for summary judgment. In addition, no class has been certified in this matter so Rule 23's exceptions do not apply. Likewise, this case does not involve any Receiver so as to implicate Rule 66.

Accordingly, Plaintiff hereby dismisses these proceedings in accordance with Rule 41(a)(1)(i) without prejudice as to Plaintiff's individual claims and also without prejudice as to the claims of any putative, unidentified class members.

                                     Respectfully Submitted,

                                     **LYNN DICKSON**, individually and on behalf of Classes of similarly situated individuals

Dated: February 23, 2018                By: ___/s/ Steven L. Woodrow_____
                                                     One of Plaintiff's Attorneys

                                     Steven L. Woodrow
                                     swoodrow@woodrowpeluso.com
                                     Patrick H. Peluso
                                     ppeluso@woodrowpeluso.com
                                     WOODROW & PELUSO, LLC
                                     3900 East Mexico, Ave. Suite 300
                                     Denver, CO 80210
                                     Telephone: (720) 213-0675
                                     Facsimile: (303) 927-0809

                                     *Attorneys for Plaintiff and the Alleged Class*